NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GINGER ANN QUEEN a/k/a )
GINGER QUEEN, )
)
        Appellant, )
)
v. )    Case No. 2D18-2359
)
U.S. BANK NATIONAL )
ASSOCIATION, as trustee, )
successor in interest to BANK OF )
AMERICA, NATIONAL )
ASSOCIATION, as trustee, )
successor by merger to LASALLE )
BANK NATIONAL ASSOCIATION, )
as trustee for MERRILL LYNCH )
MORTGAGE INVESTORS TRUST, )
MORTGAGE LOAN ASSET- )
BACKED CERTIFICATES, SERIES )
2006-WMC2, )
)
        Appellee. )
_____)

Opinion filed July 12, 2019.

Appeal from the Circuit Court for
Hillsborough County; Gregory P.
Holder, Judge.

Tarya A. Tribble of Tribble Law Center,
P.A., Riverview, for Appellant.

Nancy M. Wallace of Akerman LLP,
Tallahassee; and William P. Heller of
Akerman LLP, Fort Lauderdale, for
Appellee U.S. Bank National Association.

PER CURIAM.

Affirmed.

KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.